JOHN F. FERRARO *v.* LINDA D. FERRARO
(12015)

LAVERY, LANDAU and SPEAR, Js.
Argued January 12—decision released August 2, 1994

*Francis C. Vignati, Jr.,* for the appellant (defendant).
*Gerald L. Garlick,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.